**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl A Benner, Jr., | No. CV-25-04443-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Trans Union LLC, et al., | |
| Defendants. | |

On March 23, 2026, the Plaintiff Carl A. Benner and Defendant Citibank, N.A. ("Citibank") filed a Joint Discovery Dispute Motion (Doc. 41). After the Court denied Citibank's Motion to Compel Arbitration (Doc. 23; Doc. 44), the Court ordered Plaintiff and Citibank to file a supplemental brief indicating whether the discovery dispute was moot, and if not, clarifying the scope of discovery. (Doc. 45). Citibank subsequently appealed this Court's Order denying Citibank's Motion to Compel Arbitration. (Doc. 47).

On April 13, 2026, the Plaintiff and Citibank filed a Joint Supplement Brief regarding the discovery dispute motion. (Doc. 48). The parties agree that the discovery dispute has not been resolved. (Doc. 48 at 2). However, the Plaintiff and Citibank also agree that because Citibank appealed the denial of its motion to compel arbitration, discovery as to Citibank is automatically stayed pursuant to *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023).

Accordingly,

**IT IS ORDERED** that the Joint Discovery Dispute Motion (Doc. 41) is **denied**

**without prejudice**.

      **IT IS FURTHER ORDERED** that discovery as to Citibank (only) is stayed pending the resolution of the interlocutory appeal.

      Dated this 13th day of April, 2026.

James A. Teilborg
Senior United States District Judge

- 2 -