John G. Kerkorian (012224)
kerkorianj@ballardspahr.com
Helen Hitz (039579)
hitzh@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

*Attorneys for Defendant Citibank, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CARL A. BENNER, JR., | NO. CV-25-04443-PHX-CDB |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT CITIBANK, N.A.** |
| TRANS UNION LLC and CITIBANK, N.A., | |
| Defendants. | |

Plaintiff Carl A. Benner, Jr. ("Plaintiff") and Defendant Citibank, N.A. ("Citibank" or "Defendant") have reached a settlement in principle regarding the claims asserted against Citibank in this action. The Parties are in the process of finalizing the settlement documentation and anticipate filing the appropriate dismissal documents within forty-five (45) days of this Notice.

/ / /

/ / /

/ / /

/ / /

/ / /

#4935-8732-7667 v1

RESPECTFULLY SUBMITTED this 17th day of June, 2026.

BALLARD SPAHR LLP


By: /s/ *Helen Hitz*

John G. Kerkorian
kerkorianj@ballardspahr.com
Helen Hitz
hitzh@ballardspahr.com
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

*Attorneys for Defendant Citibank, N.A.*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

#4935-8732-7667 v1

2

**CERTIFICATE OF SERVICE**

I certify that on the 17th day of June, 2026, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

By: /s/  *Christina M. Kinsey*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:  602.798.5400

#4935-8732-7667 v1

3